UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE KLIEWER,<br><br>    Petitioner,<br><br>v.<br><br>JASON BENNETT,<br><br>    Respondent. | Case No. C24-5683-JHC-SKV<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is therefore GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 29th day of August, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge