UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE KLIEWER,<br><br>    Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>    Respondent. | Case No. C24-5683-JHC-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On September 3, 2024, the Court issued an Order directing Petitioner to show cause within 30 days why the petition filed in this matter should not be dismissed for failure to exhaust state court remedies. Dkt. 13. The Court hereby STRIKES various motions filed by Petitioner, Dkts. 8-12, pending consideration of Petitioner's response to the Order to show cause.

Dated this 3rd day of September, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Stefanie Prather<br>
    Deputy Clerk

MINUTE ORDER - 1