UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE KLIEWER,

        Petitioner,

v.

JASON BENNETT,

        Respondent.

Case No. C24-5683-JHC-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 15, and the remaining record, the Court ORDERS:

(1) Petitioner has not filed any objection to the R&R. The Court agrees with the R&R that Petitioner has not exhausted his state court remedies. Thus, the Court ADOPTS the R&R.

(2) Petitioner's petition for writ of habeas corpus is DISMISSED.

(3) A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c).

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

ORDER OF DISMISSAL - 1

1  Dated this 29th day of October, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2