UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGENE KLIEWER, | CASE NO. 3:24-cv-05683-JHC |
| Petitioner, | ORDER |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

Before the Court is Petitioner's Motion for Reconsideration. Dkt. # 18. Because the motion fails to show either "manifest error" or new facts or legal authority that could not have been brought to the Court's "attention earlier with reasonable diligence," the Court DENIES the motion. LCR 7(h)(1). The Court STRIKES the Motion Requesting Judicial Notice in Support of Motion for Reconsideration at Dkt. # 19 as it has no bearing on the Court's analysis of the reconsideration motion.

Dated this 12th day of November, 2024.

John H. Chun
United States District Judge

ORDER - 1